FILED
April 15, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> EDWIN EDUARDO GUANDIQUE ) <br> PINEDA, ) <br> ) <br> Defendant. | Case No. 2:16CR00082-MCE <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  EDWIN EDUARDO GUANDIQUE PINEDA , Case No.  2:16CR00082-MCE , Charge  21USC § 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __ Release on Personal Recognizance

  __ Bail Posted in the Sum of $_____

  __ Unsecured Appearance Bond $_____

  __ Appearance Bond with 10% Deposit

  __ Appearance Bond with Surety

  __ Corporate Surety Bail Bond

  ✔ (Other)   Pretrial conditions as state on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 15, 2016  at  2:00 pm .

By  /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge