HEATHER E. WILLIAMS, #122664
Federal Defender
Douglas J. Beevers, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
EDWIN EDUARDO GUANDIQUE PINEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>EDWIN EDUARDO GUANDIQUE PINEDA,<br><br>           Defendant. | Case No.  2:16-cr-00082-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: May 26, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through, Timothy Delgado, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for  Edwin Eduardo Guandique Pineda that the status conference, currently scheduled for May 26, 2016, be continued to July 28, 2016 at 10:00 a.m.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation of the facts related to the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including July 28, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

1  Counsel and the defendant also agree that the ends of justice served by the Court granting
2  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3  Respectfully submitted,

4  Dated:  May 20, 2016  HEATHER E. WILLIAMS
   Federal Defender
5
   /s/Douglas J. Beevers
6  DOUGLAS J. BEEVERS
   Assistant Federal Defender
7  Attorney for
   EDWIN EDUARDO GUANDIQUE PINEDA
8
   Dated: May 20, 2016
9
   PHILLIP A. TALBERT
   Acting United States Attorney
10
   /s/ Timothy Delgado
11 TIMOTHY DELGADO
   Assistant U.S. Attorney
12 Attorney for Plaintiff

Stipulation and Order          -2-

ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.  It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial. Time from the date the parties stipulated, up to and including July 28, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).  It is further ordered the May 26, 2016 status conference  shall be continued until July 28, 2016, at 10:00 a.m.

    IT IS SO ORDERED.

Dated:  May 23, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE