HEATHER E. WILLIAMS, #122664
Federal Defender
Douglas J. Beevers, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
EDWIN EDUARDO GUANDIQUE PINEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00082-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Date: July 28, 2016 |
| EDWIN EDUARDO GUANDIQUE PINEDA, | Time: 10:00 a.m. Judge: Hon. Morrison C. England, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through, Timothy Delgado, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Edwin Eduardo Guandique Pineda that the status conference, currently scheduled for July 28, 2016, be continued to August 11, 2016 at 10:00 a.m.

Additional time is necessary because defendant resides out of state and both parties require additional time to investigate facts relevant to safety valve eligibility.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including August 11, 2016; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting

Stipulation and Order                              -1-

this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated:  July 26, 2016                      HEATHER E. WILLIAMS
                                           Federal Defender

                                           */s/Douglas J. Beevers*
                                           DOUGLAS J. BEEVERS
                                           Assistant Federal Defender
                                           Attorney for
                                           EDWIN EDUARDO GUANDIQUE PINEDA

Dated: July 26, 2016

                                           PHILLIP A. TALBERT
                                           Acting United States Attorney

                                           */s/ Timothy Delgado*
                                           TIMOTHY DELGADO
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial. Time from the date the parties stipulated, up to and including August 11, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the July 28, 2016 status conference  shall be continued until August 11, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  July 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE