1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  Douglas J. Beevers, #288639
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   douglas_beevers@fd.org
5
   Attorney for Defendant
6  EDWIN EDUARDO GUANDIQUE PINEDA

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10   UNITED STATES OF AMERICA,        )  Case No.  2:16-cr-00082-MCE
                                      )
11              Plaintiff,            )  STIPULATION AND ORDER
                                      )  TO CONTINUE STATUS CONFERENCE
12         vs.                        )  (AMENDED)
                                      )
13   EDWIN EDUARDO GUANDIQUE          )  Date: August 11, 2016
     PINEDA,                          )  Time: 10:00 a.m.
14                                    )  Judge: Hon. Morrison C. England, Jr.
                Defendant.            )
15   _____)

16

17        IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney,

18   through, Timothy Delgado, Assistant United States Attorney, attorney for Plaintiff, and Heather

19   Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney

20   for  Edwin Eduardo Guandique Pineda that the status conference, currently scheduled for August

21   11, 2016, be continued to August 25, 2016 at 10:00 a.m.

22        Defense counsel requires additional time because his client resisdes out of state.

23   Additional time is required to confer with client and make arrangements.

24        Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

25   excluded of this order's date through and including August 25, 2016;  pursuant to 18 U.S.C.

26   §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

27   based upon continuity of counsel and defense preparation.

28   ///

     Stipulation and Order                    -1-

1    Counsel and the defendant also agree that the ends of justice served by the Court granting

2    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3                                          Respectfully submitted,

4    Dated:  August 9, 2016                 HEATHER E. WILLIAMS
                                            Federal Defender
5
                                           /s/Douglas J. Beevers
6                                          DOUGLAS J. BEEVERS
                                           Assistant Federal Defender
7                                          Attorney for
                                           EDWIN EDUARDO GUANDIQUE PINEDA
8
     Dated: August 9, 2016
9                                          PHILLIP A. TALBERT
                                           Acting United States Attorney
10
                                           /s/ Timothy Delgado
11                                         TIMOTHY DELGADO
                                           Assistant U.S. Attorney
12                                         Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                        -2-

1

ORDER

2          The Court, having received, read, and considered the parties' stipulation, and good cause

3    appearing therefore, adopts the parties' stipulation in its entirety as its order.  It specifically finds

4    the failure to grant a continuance in this case would deny counsel reasonable time necessary for

5    effective preparation, taking into account the exercise of due diligence.  The Court further finds

6    the ends of justice are served by granting the requested continuance and outweigh the best

7    interests of the public and defendant in a speedy trial.

8          The Court orders the time from the date the parties stipulated, up to and including August

9    25, 2016, shall be excluded from computation of time within which the trial of this case must be

10   commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)

11   [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).  It is further

12   ordered the August 11, 2016 status conference shall be continued until August 25, 2016, at 10:00

13   a.m.

14          IT IS SO ORDERED.

15   Dated:  August 10, 2016

16

17   MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order

-3-