PHILLIP A. TALBERT
Acting United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN EDUARDO GUANDIQUE PINEDA,<br><br>Defendant. | CASE NO. 2:16-CR-00082-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: September 15, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

Plaintiff United States of America, through its respective counsel, and Defendant Edwin Eduardo Guandique Pineda, through his counsel of record, stipulate that the status conference currently scheduled for September 15, 2016, be continued to October 6, 2016, at 10:00 a.m.

On September 8, 2016, the Court granted Defendant's motion to substitute attorney Michael M. Rooney as defense counsel of record. (ECF No. 24.) In light of the change in counsel, the United States will now forward to Mr. Rooney all of the discovery already produced in this case. The government will also ascertain whether any additional discoverable materials are available. If so, these materials will be produced in the next week. Mr. Rooney will require time to review these materials, consult with Defendant, conduct additional investigation, and otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently scheduled for September 15, 2016, be continued to October 6, 2016, at 10:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date this order issues to and including October

6, 2016, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

      Counsel and the Defendant also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the Defendant in a speedy trial.

                              Respectfully submitted,

Dated:  September 10, 2016        /s/ Timothy H. Delgado
                                        TIMOTHY H. DELGADO
                                        Assistant United States Attorney
                                        Attorney for Plaintiff United States of America

Dated:  September 10, 2016        /s/ THD for Michael M. Rooney
                                          MICHAEL M. ROONEY
                                        Attorney for Defendant Edwin Eduardo
                                        Guandique Pineda

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the Defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including October 6, 2016, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4). It is further ordered that the September 15, 2016 status conference shall be continued until October 6, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 15, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE