PHILLIP A. TALBERT
Acting United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN EDUARDO GUANDIQUE PINEDA,<br><br>Defendant. | CASE NO. 2:16-CR-00082-MCE<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: October 6, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

Plaintiff United States of America, through its respective counsel, and Defendant Edwin Eduardo Guandique Pineda, through his counsel of record, stipulate that the status conference currently scheduled for October 6, 2016, be continued to October 20, 2016, at 10:00 a.m.

On September 8, 2016, the Court granted Defendant's motion to substitute attorney Michael M. Rooney as defense counsel of record. (ECF No. 24.)  In the weeks since, the United States has begun preparing for defense counsel a collection of the discovery already produced in this case.  In addition, the government is still trying to determine what additional discoverable materials are available, if any, from local law enforcement counterparts.  The government expects to complete this search within the next week, and to produce any relevant discovery to defense counsel in that same time frame.  The Defendant will require time to review these materials with counsel, conduct additional investigation, and otherwise prepare for trial.

/ / /

Based on the foregoing, the parties stipulate that the status conference currently scheduled for October 6, 2016, be continued to October 20, 2016, at 10:00 a.m.  The parties further agree that time under the Speedy Trial Act should be excluded from the date this order issues to and including October 20, 2016, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

Counsel and the Defendant also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the Defendant in a speedy trial.

Respectfully submitted,

Dated:  October 5, 2016         _/s/ Timothy H. Delgado_____
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States of America

Dated:  October 5, 2016         _/s/ THD for Michael M. Rooney_____
MICHAEL M. ROONEY
Attorney for Defendant Edwin Eduardo Guandique Pineda

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.  It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the Defendant in a speedy trial.

Time from the date the parties stipulated, up to and including October 20, 2016, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4).  It is further ordered that the October 6, 2016 status conference shall be continued until October 20, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  October 12, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE