PHILLIP A. TALBERT
Acting United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDWIN EDUARDO GUANDIQUE PINEDA, <br><br> Defendant. | CASE NO. 2:16-CR-00082-MCE <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date: November 10, 2016 <br> Time: 10:00 a.m. <br> Judge: Hon. Morrison C. England, Jr. |

Plaintiff United States of America, through its respective counsel, and Defendant Edwin Eduardo Guandique Pineda, through his counsel of record, stipulate that the status conference currently scheduled for October 20, 2016, be continued to November 10, 2016, at 10:00 a.m.

In recent days, the United States produced to defense counsel Michael M. Rooney ninety pages of discovery, which includes all of the investigative reports and search warrant papers generated in this case to date. The government has also solicited several dozen related photos from the Siskiyou Unified Major Investigative Team, and expects to receive these photos in the coming week; these photos will be relayed to defense counsel immediately upon receipt. The defendant will require time to review these materials with counsel, conduct additional investigation, and otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently scheduled for October 20, 2016, be continued to November 10, 2016, at 10:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date this order issues to and including November

10, 2016, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

      Counsel and the Defendant also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the Defendant in a speedy trial.

                                      Respectfully submitted,

Dated:  October 18, 2016            */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States of America

Dated:  October 18, 2016            */s/ THD for Michael M. Rooney*
MICHAEL M. ROONEY
Attorney for Defendant Edwin Eduardo
Guandique Pineda

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the Defendant in a speedy trial.

Time from the date the parties stipulated, to and including November 10, 2016, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4). It is further ordered that the October 20, 2016 status conference shall be continued until November 10, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 21, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE