PHILLIP A. TALBERT
Acting United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
csimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>EDWIN EDUARDO GUANDIQUE PINEDA,<br><br>                    Defendant. | CASE NO. 2:16-CR-00082-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:  December 15, 2016<br>Time:  10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

     Plaintiff United States of America, through its respective counsel, and Defendant Edwin Eduardo Guandique Pineda, through his counsel of record, stipulate that the status conference currently scheduled for November 10, 2016, be continued to December 15, 2016, at 10:00 a.m.

     The United States has recently received additional discovery from the law enforcement entities involved in this case. This discovery includes copies of several receipts recovered from the vehicle Mr. Pineda was traveling in on the day of his arrest; several dozen photos from the Siskiyou Unified Major Investigative Team and the California Highway Patrol; and dashboard camera footage from CHP Officer Michael Yates's patrol vehicle, which covers the related traffic stop. The government will forward this discovery to the defense without delay. Mr. Pineda will require time to review these new materials with counsel, conduct additional investigation, and otherwise prepare for trial.

     Based on the foregoing, the parties stipulate that the status conference currently scheduled for November 10, 2016, be continued to December 15, 2016, at 10:00 a.m. The parties further agree that

time under the Speedy Trial Act should be excluded from the date this order issues to and including December 15, 2016, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

     Counsel and the Defendant also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the Defendant in a speedy trial.

Respectfully submitted,

Dated:  November 8, 2016    */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States of America

Dated:  November 8, 2016    */s/ THD for Michael M. Rooney*
MICHAEL M. ROONEY
Attorney for Defendant Edwin Eduardo
Guandique Pineda

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the Defendant in a speedy trial.

Time from the date the parties stipulated, to and including December 15, 2016, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4). It is further ordered that the November 10, 2016 status conference shall be continued until December 15, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated: November 14, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE