MICHAEL M. ROONEY,     SBN 190346
ROONEY LAW FIRM
1361 The Esplanade
Chico, California  95926
Telephone:     (530) 343-5297
Facsimile:     (530) 897-0985
Attorneys for Defendant, Edwin Eduardo Guandique Pineda

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>EDWIN EDUARDO GUANDIQUE PINEDA,<br><br>                    Defendant. | CASE NO.  2:16-CR-00082-MCE<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE THE COURT'S SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT**<br><br> Judge:  Hon. Morrison C. England, Jr. |

Defendant, Edwin Eduardo Guandique Pineda, through his counsel of record, Michael M. Rooney, and, Plaintiff, United States of America, through its respective counsel (hereinafter "The Parties") stipulate to as follows:

1.  On January 12, 2017, the Court filed a Schedule for Disclosure of Pre-Sentence Report. (*See* Docket No. 38);

2.  Defendant, Defendant's counsel, and the United States Probation Officer, Becky Fidelman, have been trying to coordinate a mutually agreeable date that works to conduct an interview, but due to scheduling conflicts, are only able to do so on February 22, 2017; one day before the Proposed Pre-Sentencing Report is due to counsel;

3.  The United States Probation needs more than one day to prepare the report;

1    4.   As such, The Parties respectfully request that the deadline for the Proposed Pre-Sentencing

2    Report and all associated dates be continued out one additional week.

3

4                                                    Respectfully submitted,

5

6

7    Dated: February 10, 2017                        */s/ Michael M. Rooney*

8                                                    _____

9                                                    MICHAEL M. ROONEY
                                                     Attorney for Defendant Edwin Eduardo
                                                     Guandique Pineda

10

11   Dated:  February 10, 2017                       */s/ MMR for Timothy H. Delgado*

12                                                   _____

13                                                   TIMOTHY H. DELGADO
                                                     Assistant United States Attorney
                                                     Attorney for Plaintiff United States of America

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

The Court, having received and considered The Parties' stipulation, and good cause appearing, hereby orders the following new schedule:

1.  The Proposed Pre Sentencing Report Shall be disclosed to counsel no later than:     3/2/17

2.  Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than:     3/16/17

3.  The Pre-Sentencing Report Shall be filed with the Court and disclosed to counsel no later than:     3/23/17

4.  Motion for correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:     4/2/17

5.  Reply or statement of non-opposition:     4/6/17

6.  Judgment and sentencing date:     4/20/17

IT IS SO ORDERED.

Dated:  February 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

AMENDED STIPULATION AND ORDER TO CONTINUE